ACCEPTED
01-15-00260-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 11:21:28 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00260-CV
## IN THE COURT OF APPEALS
## FOR THE 1ST JUDICIAL DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/18/2015 11:21:28 AM
CHRISTOPHER A. PRINE
Clerk

**JOAN DEYOUNG, STEPHEN DEYOUNG, M.D, AND DAVID DEYOUNG,**

**Appellants,**

**V.**

**Judy Page Maynard, William L. Maynard, Maynard Properties, L.P.,**

**Appellees.**

FROM THE 270TH JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS

## APPELLEES' MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

LAW OFFICE OF GREGORY N. JONES

By: */s/ Gregory N. Jones*

SBN 10889450
2323 S. Shepherd, 14th Fl.
Houston, Texas 77019
(713) 979-4691
(713) 979-4440 – fax

**Counsel for Appellees**

As pointed out in Appellee's last request for extension, Appellees' counsel has health issues having incurred several seizures. As a result of various prescribed medications, counsel has been unable to completely function, including driving until mid-December 2015. When coupled with the Thanksgiving and Christmas holiday seasons, Appellees therefore respectfully request an extension of sixty (60) days to file their response brief in this appeal.

## BACKGROUND FACTS

1.  On March 19, 2015, the DeYoungs filed their notice of appeal. The clerk's record was filed on June 16, 2015, the Appellants' brief was filed on August 17, 2015, which means that Appellees' brief was due September 17, 2105. This date was extended to November 19, 2015, as a result of Appellees' previous unopposed request for extension.

2.  Appellees' counsel's health condition has prevented Appellees' counsel from devoting the necessary time and attention to their response brief.

## PRAYER / RELIEF REQUESTED

For the foregoing reasons, Appellees request an extension of at least 30-day the deadline to file their brief, or until January19, 2016.

Respectfully submitted,

**LAW OFFICE OF GREGORY N. JONES**


*/s/ Gregory N. Jones*
Gregory N. Jones

2323 S. Shepherd, 14th Fl.
Houston, Texas 77019
(713) 979-4691
(713) 979-4440 – fax
gjones@gnjlaw.net

**Counsel for Appellees**


## CERTIFICATE OF CONFERENCE

I certify to the Court that I have conferred with appellees' counsel who indicated that appellees are opposed to the relief sought by this motion.

*/s/ Gregory N. Jones*
Gregory N. Jones

## **CERTIFICATE OF COMPLIANCE**

Pursuant to TEX. R. APP. P. 9.4(i), I certify to the Court that the foregoing document contains 441 words. In calculating the word count, I relied on the "Word Count" function of the computer program used to generate this document.

*/s/ Gregory N. Jones*
Gregory N. Jones

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document has been electronically served on all  counsel of record on November 18th, 2015:

*/s/ Gregory N. Jones*
Gregory N. Jones

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com

William L. Maynard
1300 Post Oak Blvd. Ste. 2500
Houston, Texas 77056
Fax: (713) 960-1527